IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-02336-AP**

In re:

**TOLLIVER G. SWALLOW and
SHARON A. SWALLOW,**

    Debtors.

**TOLLIVER G. SWALLOW and
SHARON A. SWALLOW,**

    Appellants,

v.

**AURORA LENDING SERVICES, LLC,**

    Appellee.

---

## ORDER OF DISMISSAL

Kane, J.

In light of the Withdrawal of Appeal (doc. #10), filed November 25, 2009, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

    Dated:  November 30, 2009

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT